UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEPHARD MECHANICAL CONTRACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> K.O.O. CONSTRUCTION, INC. et al, <br><br> Defendants. | No. 2:17-cv-00094-KJN <br><br><br> ORDER |

On June 8, 2017 the parties filed a joint status report requesting that this matter be referred to the court's Voluntary Dispute Resolution Program ("VDRP"). (ECF No. 15.) In the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, and to allow the parties additional time to pursue an early informal resolution of this matter with the assistance of a third party neutral, the court finds it appropriate to stay the action and refer it the court's VDRP.

Accordingly, IT IS HEREBY ORDERED that:

1. The action is STAYED until further order of the court and REFERRED to the VDRP.
2. Within fourteen (14) days of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start

the process of selecting an appropriate neutral.

3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

5. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

IT IS SO ORDERED.

Dated: June 16, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE