UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of DKB, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation, KOO CONSTRUCTION, INC., a California corporation,<br><br>Defendants. | No. 2:17-cv-01425-TLN-EFB<br><br>**NOTICE OF RELATED CASE ORDER** |
| UNITED STATES OF AMERICA, for the use and benefit of SHEPARD MECHANICAL CONTRACTORS, INC., and SHEPARD MECHANICAL CONTRACTORS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation, KOO CONSTRUCTION, INC., a California corporation,<br><br>Defendants. | No. 2:17-cv-00094-KJN |

| | |
|---|---|
| 1 | Examination of the above-entitled actions reveals that they are related within the meaning |
| 2 | of Local Rule 123(a). The actions involve the same defendants, the same questions of law, and |
| 3 | similar factual allegations, and would therefore entail a substantial duplication of labor if heard by |
| 4 | different judges. Accordingly, the assignment of the matters to the same magistrate judge is |
| 5 | likely to affect a substantial savings of judicial effort and is also likely to be convenient for the |
| 6 | parties. |
| 7 | The parties should be aware that relating the cases under Local Rule 123 does not have the |
| 8 | result of consolidating the actions. Under the regular practice of this Court, related cases are |
| 9 | generally assigned to the judge and magistrate judge to whom the first filed action was assigned. |
| 10 | IT IS THEREFORE ORDERED that the action denominated 2:17-cv-01425-TLN-EFB, is |
| 11 | hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman for |
| 12 | all further proceedings. Any dates currently set in the reassigned case before the magistrate judge |
| 13 | are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall |
| 14 | be shown as 2:17-cv-01425-TLN-KJN. |
| 15 | IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustments in the |
| 16 | assignment of civil cases to compensate for this reassignment and issue. |

Dated: December 5, 2017

Troy L. Nunley
United States District Judge