UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEPHARD MECHANICAL CONTRACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> K.O.O. CONSTRUCTION, INC. et al, <br><br> Defendants. | No. 2:17-cv-00094-KJN <br><br><br> ORDER |

Presently pending before the court is a motion to consolidate the instant matter with <u>DKB, Inc. v. Travelers Casualty & Surety Company of America, et al.</u>, 2:17-cv-01425-KJN. (ECF No. 22.) On December 14, 2017, the court was notified that the parties in the instant matter had reached a settlement. Thereafter, the court ordered parties to file dispositional documents by February 14, 2018, and to show cause why the motion to consolidate should not be denied as moot. (ECF No. 26.)

On December 27, 2017, parties informed the court that they expected a stipulation of dismissal to be filed on or before January 18, 2018. (ECF No. 27 at 2.) No such stipulation has been received in the instant matter. However, on February 17, 2018, the parties in the potentially consolidated matter provided a stipulation of dismissal, and that matter has been closed. (<u>See</u> <u>DKB, Inc.</u>, 2:17-cv-01425-KJN, ECF Nos. 28 and 29.) Therefore, there is no longer any reason

to consolidate these two matters.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to consolidate cases (ECF No. 22) is DENIED as moot.
2. Within twenty-one (21) days of this order, the parties shall provide this court with dispositional documents, or request an extension of time based upon good cause.

IT IS SO ORDERED.

Dated: February 26, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/16-2794.shepard mechanical. order dispo