BRIAN D. BERTOSSA, ESQ. (SBN 138388)
bbertosa@cookbrown.com
STEPHEN R. McCUTCHEON, JR., ESQ. (SBN 191749)
smccutcheon@cookbrown.com
COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CALIFORNIA 95816
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Plaintiffs
UNITED STATES OF AMERICA for the use and benefit of
SHEPHARD MECHANICAL CONTRACTORS, INC., and
SHEPHARD MECHANICAL CONTRACTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of SHEPHARD MECHANICAL CONTRACTORS, INC., a California Corporation, and SHEPHARD MECHANICAL CONTRACTORS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> K.O.O. CONSTRUCTION, INC., a California Corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation, <br><br> Defendants. | Case No.: 2:17-CV-00094-KJN <br><br> Related Case No. 2:17-CV-01425-TLN-JKN <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| AND RELATED ACTION | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff/counterdefendant United States for the use and benefit of SHEPHARD MECHANICAL CONTRACTORS, INC., and SHEPHARD MECHANICAL CONTRACTORS, INC. ("SHEPHARD"), defendant TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA ("Travelers"), defendant/counterclaimant K.O.O. CONSTRUCTION, INC. ("K.O.O."), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. All claims arising out of or relating to this action have been compromised and settled;

2. This dismissal shall in no way affect the legal and equitable claims of Travelers against KOO and/or its indemnitors, nor any defenses thereto; and

3. This action is DISMISSED WITH PREJUDICE in its entirety and each party shall bear its own costs and fees.

DATED: February 2, 2018   COOK BROWN, LLP

By:   /s Stephen R. McCutcheon, Jr.
STEPHEN R. McCUTCHEON, JR.
Attorneys for Plaintiffs UNITED STATES OF AMERICA for the Use and Benefit of SHEPHARD MECHANICAL CONTRACTORS, INC., and SHEPHARD MECHANICAL CONTRACTORS, INC.

DATED: February 2, 2018   LAW OFFICE OF JOHN H. GUIN, PLLC

By:   /s John H. Guin
JOHN H. GUIN
Attorney for Plaintiff UNITED STATES OF AMERICA for the Use and Benefit of DKB, INC.

DATED: February 2, 2018   REYNOLDS MADDUX WOODWARD, LLP

By:   /s Arthur G. Woodward
ARTHUR G. WOODWARD
Attorneys for Defendant K.O.O. CONSTRUCTION, INC.

DATED: February 2, 2018   SALAMIRAD, MORROW, TIMPANE & DUNN LLP

By:   /s Edward R Stepans
EDWARD R. STEPANS
Attorneys for Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

# ORDER

PURSUANT TO STIPULATION, IT IS ORDERED.

Dated: March 6, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE